UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO DAMIAN, | No. C-11-06416 DMR |
| Plaintiff, | **ORDER TO SUBMIT ADDITIONAL INFORMATION** |
| v. | |
| NORTHERN NEON OPERATIONS, LLC, et al., | |
| Defendants. | |

On December 19, 2011, Plaintiff Guillermo Damian filed an application to proceed *in forma pauperis*. In response to question no. 1 on the application, Plaintiff stated that he is not presently employed but did not indicate the date of last employment and the amount of the gross and net salary and wages per month that he received. In response to question no. 3, Plaintiff did not indicate his spouse's monthly salary, wages or income. Therefore, Plaintiff is ordered to file a new application to proceed *in forma pauperis* by **no later than January 17, 2012** that provides all requested information, including complete responses to question nos. 1 and 3.

IT IS SO ORDERED.

Dated: January 3, 2012

DONNA M. RYU
United States Magistrate Judge