UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO DAMIAN, | No. C-11-06416 DMR |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| NORTHERN NEON OPERATIONS, LLC, | |
| Defendants. | |

Defendants have filed a motion to dismiss. [Docket No. 18.] Currently, the motion is set for a court hearing on April 12, 2012. Plaintiff Guillermo Damian is pursuing this action without legal representation. According to the local Court rules, Plaintiff should have filed any brief in opposition to Defendant's motion by February 29, 2012. *See* N.D. Cal. Civ. L.R. 7-3. The court has received no such opposition.

The court ORDERS Plaintiff to respond by March 19, 2012 and explain his failure to respond to the motion. In addition, Plaintiff must simultaneously (1) submit his opposition to the court or (2) file a statement of non-opposition to the motion. This order to show cause does not indicate that the court will necessarily accept Plaintiff's late submission. If Plaintiff does not respond by March 19, 2012, Defendants' motion may be granted.

The court further ORDERS that Defendant shall file a reply, if any, to Plaintiff's opposition no later than March 26, 2012.

1    IT IS SO ORDERED.

3    Dated: March 12, 2012



_____
DONNA M. RYU
United States Magistrate Judge