UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO DAMIAN, | No. C-11-06416 DMR |
| Plaintiff(s), | **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| NORTHERN NEON OPERATIONS, LLC, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Initial Case Management Conference previously scheduled for April 4, 2012 has been CONTINUED to **April 12, 2012 at 11:00 a.m.**, to be held concurrently with the hearing on Defendants' motion to dismiss, in Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **April 2, 2012.** All other deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly. *See* Docket No. 3.

IT IS SO ORDERED.

Dated: March 28, 2012

_____
DONNA M. RYU
United States Magistrate Judge