**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GUILLERMO DAMIAN,                                      No. C-11-06416 DMR

              Plaintiff(s),                            **ORDER CONTINUING INITIAL CASE
                                                       MANAGEMENT CONFERENCE**

      v.

NORTHERN NEON OPERATIONS, LLC,

              Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

      The Initial Case Management Conference previously scheduled for April 4, 2012 has been

CONTINUED to **April 12, 2012 at 11:00 a.m.**, to be held concurrently with the hearing on

Defendants' motion to dismiss, in Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street,

Oakland, California 94612.  The Case Management Statement is due no later than **April 2, 2012.**

All other deadlines as set forth in the Order Setting Initial Case Management Conference and ADR

Deadlines are continued accordingly.  *See* Docket No. 3.

      IT IS SO ORDERED.


Dated:  March 28, 2012

                                              _____
                                              DONNA M. RYU
                                              United States Magistrate Judge